UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

**UNITED STATES OF AMERICA**

v. 4:05-cr-59

**MARTIN J. BRADLEY III, et al.**

## ORDER

Before the Court is the Substitute Receiver's motion to reconsider. *See* Doc. 1396.

On March 20, 2012, the Substitute Receiver filed his 23rd motion for compensation. *See* Doc. 1371. On April 25, 2012, the Substitute Receiver filed his 24th motion for compensation. *See* Doc. 1385. On May 14, 2012, this Court dismissed both motions in light of the Bradleys' appeal. *See* Doc. 1393. The Substitute Receiver moved the Court to reconsider on May 18, 2012. *See* Doc. 1396.

This Court subsequently approved the Substitute Receiver's 23rd motion for compensation. *See* Doc. 1410. Thus, the Court has already granted the Substitute Receiver's motion to reconsider the dismissal of its 23rd motion for compensation.

The Court has not yet taken action on the motion for reconsideration with regards to the 24th motion for compensation. Upon considering the Substitute Receiver's motion and the parties' agreement settling the issues remaining in this case, the Court *GRANTS* the motion to reconsider. *See* Docs. 1413 at 2; 1427.

## CONCLUSION

The Substitute Receiver's request for this Court to address the motion for reconsideration is *GRANTED*. *See* Doc. 1433. The Court has already granted the Substitute Receiver's motion to reconsider the dismissal of the 23rd motion for compensation. *See* Doc. 1410. The Court now *GRANTS* the same with regards to the 24th motion. *See* Doc. 1396.

This 20th day of July 2012.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA