FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 OCT -2 AM 11: 03

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | SUPERSEDING INDICTMENT |
| v. ) | CR 405 - 59 |
| ) | |
| MARTIN J. BRADLEY III, et al. ) | |

## ORDER

On September 28, 2012, the Government moved the Court to order certain disbursements from the Court's Registry and for other relief in accordance with the comprehensive settlements between the Government and the Bradleys regarding the financial obligations in this case.

The Court hereby GRANTS the Government's motion and ORDERS that within ten (10) days from this order: (a) $1,000,000 from the Court's Registry be paid via certified funds to the order of Norma Bradley; (b) $2,953,775.92 from the Court's Registry (and any interest minus expenses accrued since the transfer) be paid via certified funds to Maria Carmen Bradley; (c) the United States Marshal Service shall turn 111 42nd Street, Newport Beach, CA over to Maria Carmen Bradley; and, (d) the Substitute Receiver shall execute a quitclaim deed conveying the Substitute Receiver's interest in the Newport Beach property to Maria Carmen Bradley and to cause said deed to be recorded in the Official records, Orange County, California.

This 2 day of ____Oct____, 2012.

_____
B. AVANT EDENFIELD
SENIOR UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA