IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| V ) | CASE NO. CR405-59 |
| ) | |
| MARTIN J. BRADLEY, III; MARTIN J. ) | |
| BRADLEY, JR.; JOSE A. TRESPALACIOS; ) | |
| EDWIN RIVERA, JR.; ALBERT L. TELLECHEA; ) | |
| MARLENE D. CACERES; STEPHEN B. GETZ; ) | |
| SARA E. GRIFFIN; and BIO-MED PLUS, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

William R. Schroeder, Substitute Receiver for Martin J. Bradley, Jr., Martin J. Bradley, III and Bio-Med Plus, Inc. having filed his motion seeking the Court to approve the Final Accounting (Doc. #1379), the Substitute Receiver's Final Report (Doc. #1389), the Substitute Receiver's Final Supplemental accounting (Doc. #1464), the Addendum to Final Supplemental Accounting attached hereto as Exhibit A and compensation of Substitute Receiver and for the Court to discharge Substitute Receiver and terminate the Receivership, IT IS HEREBY ORDERED:

That all responses and/or objections to said motion shall be filed on or before Monday, January 21, 2013, at 10:00 a.m.

That said motion will be heard by the Court on Wednesday, January 30, 2013, at 10 o'clock a.m., and any party, person or entity objecting to said motion shall appear and show cause as to why the relief sought by the Substitute Receiver should not be granted. Attendance

1

for those not having objections is not required.

This 8th day of January, 2013.

_____
B. Avant Edenfield
United States District Judge
Southern District of Georgia